UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 20cr1783-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| MCKENNA BOWLES (1) | ) | **ORDER** |
| HANNAH SADOWSKI (2), | ) | |
| MEGAN SHERMAN (3) | ) | |
| Defendants. | ) | |

    Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting be continued from November 6, 2020 at 1:30 p.m. to December 11, 2020, at 1:30 p.m. Defendants released on bond shall file an acknowledgment of the new hearing date by November 4, 2020.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    **SO ORDERED.**

DATED: October 28, 2020

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge