UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> McKENNA BOWLES (1), <br> HANNAH SADOSKI (2), and <br> MEGAN SHERMAN (3), <br>     Defendants. | Case No. 20cr1783-JLS <br><br> ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter is continued from January 15, 2021 to March 5, 2021 at 1:30 p.m. Defendants released on bond shall file acknowledgements of the new hearing date by January 29, 2021.

For the reasons stated in paragraph three of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER